```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 23791
   CYNTHIA J BRADY
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-6651


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 09/09/2008 and was not confirmed.

     The case was dismissed without confirmation 12/11/2008.
---------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID           PAID
---------------------------------------------------------------------------

REGIONAL ACCEPTANCE CORP  SECURED VEHIC           .00            .00            .00
REGIONAL ACCEPTANCE CORP  UNSECURED         NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED            .00            .00
SCHOTTLER & ASSOCIATES    PRIORITY          NOT FILED            .00            .00
SULLIVAN PONTIAC          UNSECURED         NOT FILED            .00            .00
CLAIMS ACCOUNTING         NOTICE ONLY       NOT FILED            .00            .00
STERLING ESTATES          UNSECURED           4469.92            .00            .00
GALWAY FINANCIAL SERV     UNSECURED               .00            .00            .00
CAPITAL ONE BANK          UNSECURED         NOT FILED            .00            .00
PMH FINANCIAL             UNSECURED         NOT FILED            .00            .00
STERLING ESTATES          NOTICE ONLY       NOT FILED            .00            .00
WELLS FARGO FIN           UNSECURED         NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED            811.18            .00            .00
SCHOTTLER & ASSOCIATES    DEBTOR ATTY            .00                            .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                      --------------       --------------
TOTALS                     .00                   .00




                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 23791 CYNTHIA J BRADY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE